**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WESTERN BEAVER SCHOOL DISTRICT, a local government entity,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>Case No.:  2:23-cv-00587-CB<br><br>The Hon. Cathy Bissoon<br><br>*Electronically Filed and Served via CM/ECF* |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

　　Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**DILLON MCCANDLESS KING**
　　　　　　　　　　　　　　　　　　　　**COULTER & GRAHAM, LLP**


　　　　　　　　　　　　　　　　　　　　By: /s/ Jordan P. Shuber
　　　　　　　　　　　　　　　　　　　　　　　Jordan P. Shuber
　　　　　　　　　　　　　　　　　　　　　　　PA. I.D. No. 317823
　　　　　　　　　　　　　　　　　　　　　　　128 West Cunningham St.
　　　　　　　　　　　　　　　　　　　　　　　Butler, PA 16001
　　　　　　　　　　　　　　　　　　　　　　　jshuber@dmkcg.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*